**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 789 MAL 2018
         :
            Respondent :
         : Petition for Allowance of Appeal from
         : the Order of the Superior Court
         v. :
         :
         :
JOHN CONTE, :
         :
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.